CARA F. BARRICK, CA Bar No. 303107
cara.barrick@ogletree.com
SHANNON R. CLAWSON, CA Bar No. 273699
shannon.clawson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415-442-4810
Facsimile:     415-442-4870

Attorneys for Defendant
HEALTH ADVANCES, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIANKA DUVERGLAS, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>HEALTH ADVANCES, LLC, and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No.  3:20-cv-02849<br><br>**DEFENDANT HEALTH ADVANCES, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF VIANKA DUVERNAS AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant HEALTH ADVANCES, LLC ("Defendant") certifies that Defendant states:

The sole member of Defendant is Parexel International Corporation.

No publicly held corporation owns 10% or more of the stock of Defendant.

DATED: April 24, 2020

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Shannon R. Clawson*
CARA F. BARRICK
SHANNON R. CLAWSON

Attorneys for Defendant
HEALTH ADVANCES, LLC

42639815.1