UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIANKA DUVERGLAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HEALTH ADVANCES, LLC,<br><br>　　　　Defendant. | Case No. 20-cv-02849-TSH<br><br>**ORDER RE: NOTICE OF SETTLEMENT** |

The Court has been informed that the above-entitled action has settled. ECF No. 31. Accordingly, the Court **VACATES** all pending deadlines. The parties shall file a dismissal or joint status report by March 08, 2021. No chambers copy is required.

**IT IS SO ORDERED.**

Dated: January 7, 2021

THOMAS S. HIXSON
United States Magistrate Judge