CARA F. BARRICK, CA Bar No. 303107
cara.barrick@ogletree.com
SHANNON R. CLAWSON, CA Bar No. 273699
shannon.clawson@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:    415-442-4810
Facsimile:     415-442-4870

Attorneys for Defendant
HEALTH ADVANCES, LLC


Daniel Feder (SBN 130867)
daniel@dfederlaw.com
LAW OFFICES OF DANIEL FEDER
235 Montgomery Street, Suite 1019
San Francisco, CA 94104
Telephone:  (415) 391-9476
Facsimile:   (415) 391-9432

Attorney for Plaintiff
VIANKA DUVERGLAS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIANKA DUVERGLAS, an individual,<br><br>           Plaintiff,<br><br>      v.<br><br>HEALTH ADVANCES, LLC, and DOES 1 through 50, inclusive,<br><br>           Defendants. | Case No.  3:20-cv-02849-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff VIANK DUVERGLAS ("Plaintiff") and Defendant HEALTH ADVANCES, LLC ("Defendant") (collectively, "the Parties"), by and through their respective counsel of record, stipulate and request that the entire above-captioned action be dismissed with prejudice, with each side to bear its own costs and fees.

**IT IS SO STIPULATED.**

Dated: February 12, 2021

LAW OFFICES OF DANIEL FEDER

By: /s/ Daniel J. Feder
DANIEL FEDER

Attorneys for Plaintiff
VIANKA DUVERGLAS

Dated:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/
CARA F. BARRICK
SHANNON R. CLAWSON
Attorneys for Defendant
HEALTH ADVANCES, LLC

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff VIANK |
| 2 | DUVERGLAS ("Plaintiff") and Defendant HEALTH ADVANCES, LLC ("Defendant") |
| 3 | (collectively, "the Parties"), by and through their respective counsel of record, stipulate and request |
| 4 | that the entire above-captioned action be dismissed with prejudice, with each side to bear its own |
| 5 | costs and fees. |
| 6 | **IT IS SO STIPULATED.** |

Dated:                                             LAW OFFICES OF DANIEL FEDER


By: _____
      DANIEL FEDER

Attorneys for Plaintiff
VIANKA DUVERGLAS


Dated:  February 19, 2021                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Shannon R. Clawson*
      CARA F. BARRICK
      SHANNON R. CLAWSON

Attorneys for Defendant
HEALTH ADVANCES, LLC

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: February 19, 2021      /s/ *Shannon R. Clawson*
                              SHANNON R. CLAWSON

## ORDER OF THE COURT

Pursuant to the Stipulation and [Proposed] Order by and between Plaintiff VIANKA DUVERGLAS and Defendant HEALTH ADVANCES, LLC and GOOD CAUSE appearing to the Court, IT IS HEREBY ORDERED that the matter is dismissed with prejudice in its entirety, in accordance with the terms of the Stipulation.  Each party shall bear its own fees and costs.

IT IS SO ORDERED.


DATED:  _____            _____
                                                                                    THOMAS S. HIXSON
                                                                                    UNITED STATES MAGISTRATE JUDGE

46092460.1